| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| Randall Garteiser, ESQ. (231821)<br>GARTEISER LAW GROUP<br>44 N. San Pedro Road<br>San Rafael, California 94903 | (415) 785-3762 | FILED<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS<br><br>MAR - 9 2011<br><br>DAVID J. MALAND, CLERK<br>BY<br>DEPUTY |
| Attorneys for: GHJ HOLDINGS, LLC | Ref. No. Or File No.<br>W2573034 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Plaintiff:
GHJ HOLDINGS, LLC

Defendant:
PENTAIR RESIDENTIAL FILTRATION, LLC, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>5:11-cv-00035 |
|---|---|---|---|---|

I, Kevin S. Dunn, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: COVER LETTER; (original and 2 copies) SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR FALSE PATENT MARKING

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : PENTAIR RESIDENTIAL FILTRATION, LLC

By Serving : SCOTT LASCALA, Authorized Agent of The Corporation Trust Company, Agent for Service of Process

Address : 1209 Orange Street, Wilmington, Delaware 19801
Date & Time : Friday, February 25, 2011 @ 11:00 a.m.
Witness fees were : Not applicable.

Person serving:
Kevin S. Dunn
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 25, 2011              Signature: _____
                                               Kevin S. Dunn


Printed on recycled paper