## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| GHJ HOLDINGS, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:11-CV-00035-DF |
| | § | |
| PENTAIR RESIDENTIAL FILTRATION, LLC | § | |
| And PURCELL MURRAY BUILDER | § | |
| SALES COMPANY, INC. | § | |
| DEFENDANTS, | § | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants state that:

Pentair Residential Filtration, LLC is a limited liability company that is owned in the following proportions: 80.1% by Pentair Nanosoft US Holdings, LLC, a Delaware limited liability corporation, which is indirectly owned by Pentair, Inc., a publicly-held Minnesota corporation; and 19.9% by Aquamatic, Inc., which is directly or indirectly owned by General Electric Company, a publicly-held New York corporation.

Purcell Murray Builder Sales Company, Inc. is a private company with no parent corporation, and no publicly-held corporation holding 10% or more of its stock.

Dated: March 18, 2011

Respectfully submitted,

　　　*/s/ Kristie A. Wright*　　　
Darby V. Doan
Texas Bar No. 00793622
Kristie A. Wright
Texas Bar No. 00794884
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, Texas 75503
(903) 255-1000 telephone
(903) 255-0800 facsimile
ddoan@haltomdoan.com
kwright@haltomdoan.com

        Thomas M. Crispi (*pro hac pending*)
NY Bar No. 2584332
Judith S. Roth (*pro hac pending*)
NY Bar No. 1180454
SCHIFF HARDIN LLP
900 Third Avenue, Twenty-Third Floor
New York, NY 10022
(212) 753-5000 phone
(212) 753-5044 facsimile
tcrispi@schiffhardin.com
jroth@schiffhardin.com
***Counsel for Defendants Pentair Residential Filtration, LLC and Purcell Murray Builder Sales Company, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18[h] day of March, 2011, with a copy of this DEFENDANTS' CORPORATE DISCLOSURE STATEMENT via the Court's CM/ECF system per Local Rule CV-5(A)(3).

I further certify that on the same date a true and complete copy of said document was also sent to the following counsel of record for Plaintiff, by means of United States mail, postage prepaid.

Randall T Garteiser, Esq.
Garteiser Law Group
44 N San Pedro Road
San Rafael, CA 94903
randall@glgnow.com

        _____*/s/ Kristie A. Wright*_____
        Kristie A. Wright