| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| Randall Garteiser, ESQ. (231821)<br>GARTEISER LAW GROUP<br>44 N. San Pedro Road<br>San Rafael, California 94903 | (415) 785-3762 | **FILED**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS<br><br>MAR 2 1 2011<br><br>BY DAVID J. MALAND, CLERK<br>DEPUTY |
| Attorneys for: GHJ HOLDINGS, LLC | Ref. No. Or File No.<br>W2573035 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Plaintiff: GHJ HOLDINGS, LLC

Defendant: PENTAIR RESIDENTIAL FILTRATION, LLC, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>5:11-cv-00035 |
|---|---|---|---|---|

I, Andrew McGregor, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: COVER LETTER; (original and 2 copies) SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR FALSE PATENT MARKING

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : PURCELL MURRAY BUILDER SALES COMPANY, INC. |
|---|---|
| By Serving | : DONALD CONNORS, Agent for Service |
| Address | : 185 Park Lane, Brisbane, California 94005 |
| Date & Time | : Tuesday, March 1, 2011 @ 2:30 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Andrew McGregor
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 434
   (3) County: San Mateo
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 2, 2011                            Signature: /s/ Andrew McGregor
                                                          Andrew McGregor


Printed on recycled paper