UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GHJ HOLDINGS, LLC | § | |
|            Relator, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:11-CV-00035-DF |
| | § | |
| PENTAIR RESIDENTIAL FILTRATION, | § | |
| LLC., and PURCELL MURRAY BUILDER | § | |
| SALES COMPANY, INC., | § | |
|            Defendants, | § | |

## ORDER

Defendants Pentair Residential Filtration, LLC and Purcell Murray Builder Sales Company, Inc. ("Defendants") filed their Unopposed Motion to Extend Time to File Replies in Support of Defendants' Motion to Dismiss and Motion to Transfer on April 6, 2011. The Court, being well-advised, finds that the motion should be and is hereby GRANTED. It is therefore

ORDERED that Defendants' replies in support of Defendants' March 18, 2011 motions to dismiss and to transfer will be due on April 25, 2011.

SO ORDERED

SIGNED this 7th day of April, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

NY\ 50965668.1