UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| GHJ HOLDINGS, LLC § | |
|         Relator, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:11-CV-00035-DF |
| § | |
| PENTAIR RESIDENTIAL FILTRATION, § | |
| LLC., and PURCELL MURRAY BUILDER § | |
| SALES COMPANY, INC., § | |
|         Defendants, § | |

## ORDER

Defendants Pentair Residential Filtration, LLC and Purcell Murray Builder Sales Company, Inc. ("Defendants") filed their Unopposed Motion to Extend Time to File the Rule 26(f) Joint Report and Replies in Furtherance of Defendants' Motion to Dismiss and Motion to Transfer on April 20, 2011. The Court, being well-advised, finds that the motion should be and is hereby GRANTED. It is therefore

ORDERED that Defendants' replies in support of Defendants' March 18, 2011 motions to dismiss and to transfer will be due on May 25, 2011, and the parties' Rule 26(f) Joint Report will be due on May 30, 2011.

    SO ORDERED

    **SIGNED this 25th day of April, 2011.**

                                    DAVID FOLSOM
                                    UNITED STATES DISTRICT JUDGE

NY\ 50970293.1