**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **GHJ HOLDINGS, LLC,** § | |
| *Relator*, § | Civil Action No. 5:11-cv-00035 |
| § | |
| v. § | |
| § | |
| **PENTAIR RESIDENTIAL FILTRATION,** § | |
| **LLC, et al.,** § | |
| *Defendants*. § | |
| § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Relator GHJ Holdings, LLC ("Relator") and defendants Pentair Residential Filtration, LLC and Purcell Murray Builder Sales Company, Inc., have settled all of the claims asserted in this case, and that could have been asserted in this case, and request that this case be dismissed with prejudice to the re-filing of the same. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

IT IS FURTHER ORDERED that any other litigation brought against the Defendants under 35 U.S.C. § 292, or any other statute providing for an action on behalf of the United States of America and/or the general public related to false marking, with regard to any actions by the Defendants occurring before this Order of Dismissal regarding any and all claims for relief asserted herein, or that could have been asserted herein, is barred.

IT IS FURTHER ORDERED that Defendants and those acting in concert therewith and/or selling products manufactured by Defendants may have a reasonable

period of time in which to sell inventory, including products, packaging and labels, manufactured on or before the date of this order without further liability.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**SIGNED this 19th day of May, 2011.**

                                              DAVID FOLSOM
                                              UNITED STATES DISTRICT JUDGE